**John Carlton DYSART, Petitioner, v. W. A. BOYNTON, United States District Judge, and John D. Hartman, United States Attorney for the Western District of Texas, Respondents.**

(Circuit Court of Appeals, Fifth Circuit. November 3, 1926.)

No. 4872.

Petition for mandamus.
Suit in forma pauperis.

John Carlton Dysart, of Amarillo, Tex., in pro. per.

John D. Hartman, U. S. Atty., of San Antonio, Tex., for respondents.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. It not appearing that any proposed bill of exceptions was presented to the trial judge during the term of the court at which petitioner was tried, or during the further time allowed by any order made in that regard, the petition for the writ of mandamus is denied.

---

2

**HAZELTINE RESEARCH CORPORATION et al., Plaintiffs-Appellees, v. Harold Mertons SCHWAB, Doing Business as Radio Shack, Defendant-Appellant.**

(Circuit Court of Appeals, Second Circuit. October 20, 1926.)

No. 60.

Appeal from the District Court of the United States for the Southern District of New York.

Samuel Rubin, of New York City, for appellant.

William H. Davis and R. Morton Adams, both of New York City, for appellees.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Order affirmed in open court.

---

3

**Joseph LEITER, Plaintiff in Error, v. Morris J. HIRSCH et al., Defendants in Error.**

(Circuit Court of Appeals, Second Circuit. October 19, 1926.)

No. 52.

In Error to the District Court of the United States for the Southern District of New York.

Graham, McMahon, Buell & Knox, of New York City (Edward Ward McMahon and William H. Hall, both of New York City, of counsel), for plaintiff in error.

Rudolph A. Seligmann, of New York City (Herbert R. Limburg, of New York City, of counsel), for defendants in error.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Judgment affirmed in open court, with 3 per cent. damages.

---

4

**MOORE ELECTRIC CORPORATION, Appellant, v. Edward F. PONATH, Appellee.**

(Circuit Court of Appeals, Seventh Circuit. October 20, 1926.)

No. 3718.

Appeal from the District Court of the United States for the Northern District of Illinois, Eastern Division.

Joshua R. H. Potts, of Chicago, Ill., for appellant.

Arthur C. Eckert, of St. Louis, Mo., for appellee.

Before ALSCHULER, EVANS, and ANDERSON, Circuit Judges.

PER CURIAM. Appellant (defendant in District Court) complains of the refusal of the District Court to grant an injunction pendente lite, restraining appellee from notifying the public that he had begun suits against alleged infringers of the patent sued on, and from sending out advertising matter describing the patent as a "pioneer" invention.

We find nothing in the record to convince us that in its action in that behalf the District Court transgressed or abused that sound discretion which in such matters it may and should exercise.

The order appealed from is affirmed.